**WESLEY JESSEN CORPORATION,**
**Plaintiff–Appellee,**

v.

**BAUSCH & LOMB INCORPORATED,**
**Defendant–Appellant.**

No. 02–1468.

United States Court of Appeals,
Federal Circuit.

Feb. 12, 2003.

Before NEWMAN, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and PROST, Circuit Judge.

*ORDER*

The order of the United States District Court for the District of Delaware, dated June 26, 2002, finding that the defendant Baush & Lomb Incorporated infringed certain claims of the plaintiff Wesley Jessen Corporation's U.S. Patent No. 4,711,-943, that those claims are not invalid and that the patent is enforceable, and granting an injunction, is affirmed on the basis of the opinion of that court of that date.

By order of the court.

**Karen VESTERBY, Petitioner,**

v.

**SOLDIERS' AND AIRMEN'S**
**HOME, Respondent.**

No. 02–3334.

United States Court of Appeals,
Federal Circuit.

Feb. 12, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).